# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMY MATTIO

NO. 2021 KW 1065

**NOVEMBER 5, 2021**

---

In Re: Jeremy Mattio, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 278194.

---

**BEFORE: WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> VGW
> AHP
> CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT